# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SARA ANDERSON, | : | Case No. 1:18-cv-55 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE PARTIES' JOINT STIPULATION (Doc. 16)

This case is before the Court on the parties' joint stipulation (the "Joint Stipulation") for an award of attorney's fees under the Equal Access to Justice Act (the "EAJA"). (Doc. 16). Upon careful consideration, the Court concludes that the parties' Joint Stipulation should be and is hereby **GRANTED** in its entirety. Accordingly:

1. Plaintiff is awarded attorney's fees in the amount of $1526.25 under the EAJA. This award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 that may be payable in this case.

2. Any fees paid belong to Plaintiff, and not her attorney, and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

Date: 12/22/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge